IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BROCK,

    Plaintiff,

v.                            CASE NO.: 1:09cv157-SPM/AK

BOARD OF TRUSTEES
UNIVERSITY OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Plaintiff's unopposed motion for enlargement of time (doc. 30) is granted. Plaintiff shall have up to and including February 5, 2010, to file and serve his response to the motion for partial summary judgment.

DONE AND ORDERED this 8th day of January, 2010.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          Chief United States District Judge