IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BROCK,

      Plaintiff,

v.                              CASE NO.: 1:09cv157-SPM/AK

BOARD OF TRUSTEES
UNIVERSITY OF FLORIDA, et al.,

      Defendants.

_____/

### ORDER ALLOWING PARTIES TO SUBMIT REVISED JOINT REPORT

      This cause comes before the Court on the parties' motion for enlargement
of the scheduling order.  Doc. 31.  The parties explain that discovery will be more
extensive than previously estimated and they request an opportunity to submit an
amended joint scheduling report to establish new deadlines.  Upon consideration,
it is

      ORDERED AND ADJUDGED:

      1.     The motion (doc. 31) is granted.

      2.     The parties shall have up to and including February 22, 2010, to
submit an amended joint scheduling report.

      DONE AND ORDERED this 9th day of February, 2010.

_s/ Stephan P. Mickle_____
Stephan P. Mickle
Chief United States District Judge