IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BROCK,

    Plaintiff,

v.                                        CASE NO.: 1:09cv157-SPM/AK

BOARD OF TRUSTEES
UNIVERSITY OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

This cause comes before the Court on Defendant Board of Trustees, University of Florida's Motion for Partial Summary Judgment. Doc. 29. Plaintiff filed a response conceding to the motion. Doc. 43. Accordingly, it is

ORDERED AND ADJUDGED:

1. The motion for partial summary judgment (doc. 43) is granted.

2. The Court grants judgment in favor of the Board of Trustees, University of Florida on Plaintiff's public whistle-blower claim , Count I.

DONE AND ORDERED this 1st day of September, 2010.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Chief United States District Judge