IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID BROCK,

    Plaintiff,

v.                                                      CASE NO.: 1:09cv157-SPM/AK

BOARD OF TRUSTEES
UNIVERSITY OF FLORIDA, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Resolution (doc. 85), advising that this case has settled, and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 16th day of December, 2010.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               Chief United States District Judge